# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
               Appellant,

vs.

STUART L. BOWMAN,
               Respondent.

No. 84399

FILED

OCT 21 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Kathleen E. Delaney, District Judge
       Charles K. Hauser, Settlement Judge
       Marquis Aurbach Coffing
       Law Office of Daniel Marks
       Eighth District Court Clerk

22-33197